**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In re:

| | |
|---|---|
| German Salazar, | Case No. 10-12765-RGM |
| Yamileth Ceron, | Chapter 11 |
| Debtors. | |

## ORDER SEVERING CASE AND CONVERTING CASE TO CHAPTER 13

This matter came before the Court for hearing, on June 28, 2011, on the motion of the United States Trustee to dismiss or convert this case to a case under chapter 7 of the Bankruptcy Code.

Now, for reasons stated from the bench for the record, it is hereby:

Ordered that the joint case of the debtors is severed.

Ordered that the case of German Salazar is converted to a case under chapter 13 of the Bankruptcy Code.

Ordered that upon entry of this order the Clerk shall assign a new case number to the case of German Salzar.

Ordered that all claims filed against German Salzar in the joint case are deemed filed in the new, severed case.

Ordered that the debtor shall within **14 days** of the entry of this order, file amended schedules, and if debts have been incurred since the filing of the petition, shall comply with the local bankruptcy rule requirements for an amended mailing matrix and notice to the added creditors.

Ordered that the debtor shall within **14 days** of the entry of this order file a Statement of Current Monthly Income and Disposable Income Calculation (Form 22B).

Ordered that the debtor shall within **14 days** of the entry of this order, file and distribute a plan to the standing chapter 13 trustee.

Ordered that the debtor shall within **30 days** of the entry of this order make his first plan payment to the standing trustee.

Ordered that the debtor shall within **21 days** of the entry of this order file with the Clerk chapter 11 monthly operating reports in the format required by the United States Trustee for the months of January through June 2011.

Ordered that the debtor shall within **21 days** of the entry of this order file with the Clerk a report of financial information on entities in which the former chapter 11 estate of the debtor held a controlling or substantial interest on July 8, 2010, the date this case was converted to chapter 11, pursuant to Bankruptcy Rule 2015.3.

Ordered that this case shall not be dismissed by the Clerk under any provision of the local bankruptcy rules but shall be dismissed only upon the order of a judge of this Court after notice to the United States Trustee and all creditors and parties in interest.

Ordered that the Court expressly reserves the right, upon denial of confirmation of the original or modified plan, to deny leave to amend and to convert this case to chapter 7.

Ordered that the Clerk shall serve a copy of this order on the parties listed below.

Date                                                    _____
                                                        Robert G. Mayer
                                                        Bankruptcy Judge

                                                        Entered on Docket_____

W. Clarkson McDow, Jr.
United States Trustee

/s/ Jack Frankel_____
Jack Frankel, Attorney
Office of United States Trustee

115 South Union Street
Alexandria, VA 22314
(703) 557-7229

Seen and Agreed:

/s/   Alisa Lachow-Thurston
Alisa Lachow-Thurston
Attorney for Debtor
Property & Estate Law
1950 Old Gallows Road, Suite 220
Vienna, VA 22182
(703) 621-3333

cc:

United States Trustee
Alisa Lachow-Thurston, Esq. Alisa@propertyestatelaw.com
Thomas P. Gorman, Esq. tgorman26@gmail.com.

German Salzar
8665 Night Watch Court
Bristow, VA 20136